# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2023-1100
LT Case No. 2020-CA-001540

———————————————————

SHELLA J. O'BRIEN,

Appellant,

v.

CHERYL ANNE MULLEN,

Appellee.

———————————————————

On appeal from the Circuit Court for Lake County.
Michael G. Takac, Judge.

Nicholas A. Shannin and Dayna Maeder, of Shannin Law Firm,
P.A., Orlando, for Appellant.

Sharon C. Degnan, of Kubicki Draper, Orlando, for Appellee.

June 11, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and BOATWRIGHT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____